UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Larry Lee Smurr**                                      **Docket No. 5:17-CR-77-1BR**

**Petition for Action on Supervised Release**

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Larry Lee Smurr, who, upon an earlier plea of guilty to 18 U.S.C. §2250(a), 18 U.S.C. §2250(a)(3), Failure to Register as Required by the Sex Offender Registration and Notification Act, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 26, 2017, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Larry Lee Smurr was released from custody on June 20, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released from the Bureau of Prisons as homeless with no social network to provide assistance with reentry. Through Second Chance Act Funds, the probation office has assisted the defendant with shelter, food, and transportation, in hopes that he would secure employment and housing within a few weeks of being released. As of this date, the defendant remains unemployed, and without housing. The defendant did have two deceptive polygraphs which were a result of him not disclosing all previous victims associated with his initial sex offense conviction from 2001. The defendant has since admitted full responsibility for all victims associated with his 2001 conviction and has been compliant with sex offender treatment and urinalysis testing. It is becoming increasingly difficult to find a temporary housing situation for the defendant, and with minimal resources, it appears the defendant could benefit from a residential reentry center placement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 6 months or until he is gainfully employed and has an approved residence plan and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

**Larry Lee Smurr**
**Docket No. 5:17-CR-77-1BR**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2539<br>Executed On: November 26, 2018 |

## ORDER OF THE COURT

Considered and ordered this 27 day of November, 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge